**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **vs.** | NO. 5: 07-CR-13 (CAR) |
| **CHRISTOPHER RYLAND HALL,** | **VIOLATION: Assault w/Dangerous Weapon** |
| **Defendant** | |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Mr. Charles E. Cox, Jr. of the Macon Bar; the United States was represented by Assistant U. S. Attorney Paul McCommon. Based upon the evidence proffered to the court by counsel for the parties and the contents of the Pretrial Service Report dated February 8, 2007, as well as argument and comments of counsel, I conclude that the following facts require the detention of the defendant pending the trial of this case

### PART I - FINDINGS OF FACT

☐ **(1)** There is PROBABLE CAUSE to believe that the defendant has committed an offense

  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

  ☐ under 18 U.S.C. §924(c).

☐ **(2)** The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ **(1)** There is a serious risk that the defendant will not appear.

☒ **(2)** There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated February 8, 2007, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of defendant HALL and the safety of the community were he to be released from custody at this time. The offense charged against the defendant is a serious one for which long-term imprisonment may be imposed in the event of a conviction after trial or a plea of guilty; his estimated guideline sentencing range is 120 to 120 months in prison (limited by statutory maximum). The weight of evidence is strong; defendant HALL stabbed James Anthony Seymour on the steps of the William Augustus Bootle Federal Courthouse on February 2, 2007 during the course of an attempt to rob Mr. Seymour. The defendant was identified as Mr. Seymour's attacker by two witnesses.

**Defendant HALL** has no ties to the Middle District of Georgia but has an extensive arrest record in the State of Tennessee going back to 1907. He appears to have a felony conviction for AGGRAVATED BURGLARY in 2004 in Carthage, Tennessee but also has had <u>arrests</u> for AGGRAVATED ASSAULT, SIMPLE ASSAULT, and POSSESSION OF DRUG PARAPHERNALIA in the State of Tennessee.

**Defendant HALL** has a history of substance abuse going back some thirteen years. In addition, he has been diagnosed as paranoid schizophrenic, manic depressive, and bi-polar.

For the foregoing reasons, pretrial detention is mandated and is SO ORDERED AND DIRECTED.

### PART III - DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 8th day of FEBRUARY, 2007.

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**